## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    David R Aromando | ) | Under Chapter 13 |
| | ) | |
| | ) | |
| | ) | Bk. No: 23-30530 |
|    Debtor(s) | ) | |

### NOTICE OF FILING OF POST-PETITION CLAIM

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the Trustee received a <u>post-petition</u> proof of claim filed by LAKEVIEW LOAN SERVICING LLC filed on <u>December 15, 2023</u>, (Court Claim No. 11). As this claim is not addressed in the Debtor(s)' Plan, the Trustee shall not pay this claim nor shall he reserve any monies for the payment of the same until the Debtor(s) file an Amended Plan to address the same.

Accordingly, the Debtor(s) are hereby given notice that they must take the appropriate action(s) to cure this deficiency and address the instant claim. Failure to do so may result in this claim not being discharged.

Respectfully submitted on this day, Monday, December 18, 2023.

                                                                              **/s/Russell C. Simon**
                                                                              RUSSELL C. SIMON
                                                                              Chapter 13 Trustee
                                                                              24 Bronze Pointe
                                                                              Swansea, IL  62226
                                                                              Telephone: (618) 277-0086
                                                                              Telecopier: (618) 234-0124

RLS

**Certificate of Service**

    I hereby certify that a true and correct copy of the above and foregoing Notice of Filing of Post-Petition Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Monday, December 18, 2023.

                                                                       /s/ Rebecca

David R Aromando  
1307 East B St  
Belleville, IL  62221-5321

.J D GRAHAM  
1 EAGLE CENTER STE 3A  
OFALLON, IL 62269

LAKEVIEW LOAN SERVICING LLC  
C/O NATIONSTAR MORTGAGE LLC  
P. O. BOX 619094  
DALLAS, TX  75261-9741

DIAZ ANSELMO & ASSOCIATES LLC  
1771 W DIEHL RD STE 120  
NAPERVILLE, IL  60563-4947

NATIONSTAR MORTGAGE LLC  
P. O. BOX 619096  
DALLAS, TX  75261