IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 23-30530 |
| DAVID AROMANDO, ) | |
| ) | Chapter 13 |
| Debtor. ) | |

**OBJECTION TO NOTICE OF POST-PETITION
MORTGAGE FEES, EXPENSES AND CHARGES**

COMES NOW the Debtor, David Aromando, by and through his attorney, J.D. Graham, and for his Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges states as follows:

1. On August 4, 2023, the Debtor filed for relief under Chapter 13 of the Bankruptcy Code.

2. On February 22, 2024, Lakeview Loan Servicing filed a Notice of Post-Petition Mortgage Fees, Expenses and Charges with the Court in the amount of $900.00 for the following:

    - $650.00          Proof of Claim

    - $250.00          Proof of Claim 410A History

3. Debtor requests the "Proof of Claim" be reduced from $650.00 to $250.00 as the fees requested are excessive and not reasonable pursuant to *In re Coates*, 292 B.R. 894 (Bankr. C.D. Ill. 2003), thereby reducing the total amount of the Notice from $900.00 to $500.00.

4. This district has had a form claim for years. If charging $300 per hour, it cannot possibly take 2.16 hours to perform that function.

WHEREFORE, Debtor prays for an Order from this Court reducing the "Proof of Claim" from $650.00 to $250.00 thereby reducing the total amount of the Notice from $900.00 to $500.00, and for such other relief as the Court deems just and proper.

DAVID AROMANDO,

By: /s/ J.D. Graham
J.D. Graham, #06211732
Attorney for Debtor
J.D. Graham, P.C.
#1 Eagle Center, Ste. 3A
O'Fallon, IL 62269
618-235-9800
618-235-9805 fax
jd@jdgrahamlaw.com

Proof of Service

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon the persons listed below that were not noticed electronically by first class mail, postage prepaid this 21st day of March 2024:

Lakeview Loan Servicing
c/o Scott Nabke
Diaz Anselmo & Associates LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563

                                                        /s/ Shawna Morris