## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    David R Aromando | ) | Under Chapter 13 |
| | ) | |
| | ) | |
| | ) | Bk. No: 23-30530 |
|    Debtor(s) | ) | |

### TRUSTEE'S RECOMMENDATION TO CONFIRM AMENDED PLAN NUMBER TWO

   The undersigned Trustee has examined the plan submitted by the above-named debtor(s), filed under the provisions of Chapter 13 of the United States Bankruptcy Code, has had the debtor(s) examined at the 341 Meeting of Creditors, has examined the claims filed in the case, and has no objections to the confirmation of the debtor(s)' plan.

   Wherefore, the Trustee prays this Court for an Order confirming the Amended Plan Number Two, and for all other relief this Court deems just and equitable.

                                                     **/s/ Russell C. Simon**
                                                     Russell C. Simon, Trustee
                                                     Chapter 13 Trustee
                                                     19 Bronze Pointe Ste. A
                                                     Swansea, IL 62226
                                                     Telephone: (618) 277-0086
                                                     Telecopier: (618) 641-2115

Dated: April 11, 2024

SP

### Certificate of Service

   I hereby certify that a true and correct copy of the above and foregoing Trustee's Recommendation to Confirm Amended Plan Number Twowas served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, April 11, 2024.

                                                     /s/ Sandie

David R Aromando
1307 East B St
Belleville, IL  62221-5321

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269