# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

**In RE:**

                    **Chapter:** 13

DAVID R AROMANDO                 **Claim Number:** 4

                    **Case Number:** 23-30530

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only          ☑ Payment only          ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Payment Processing Center | Payment Processing Center |
| P.O. Box 78367 | P.O. Box 660618 |
| Phoenix, AZ 85062 | Dallas, TX 75266-0618 |

Date: 06/26/2024

/s/ Bharat Gurkha

Creditor's Authorized Agent for Ally Financial

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

In RE:

DAVID R AROMANDO

Debtor(s)

Chapter: 13

Case Number: 23-30530

## Certificate of Service

I certify that on 06/26/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
JERRY D GRAHAM JR
COURT@JDGRAHAMLAW.COM

Trustee
RUSSELL C SIMON

United States Trustee
UNITED STATES TRUSTEE

/s/ Bharat Gurkha
Bharat Gurkha
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com