**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| David R Aromando | ) | Case No. 23-30530 |
| | ) | (Chapter 13) |
| Debtors. | ) | |
| | ) | |

## CHAPTER 13 TRUSTEE'S MOTION TO COMPEL

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and requests that the Debtors be compelled to file an Amended Schedule I and provide pay advices for the following reason(s):

1. That on August 4, 2023, David R Aromando ("Debtor") filed for relief under Chapter 13 of the Bankruptcy Code.
2. That Russell C. Simon was appointed as the Chapter 13 Trustee to administer the Debtors estate.
3. That the Trustee received notification of new employment for Debtor on April 30, 2024. The Trustee requested an Amended Schedule I and pay advices via electronic mail on May 6, 2024.
4. That the Trustee sent Debtor's counsel a second email on June 18, 2024, again requesting an Amended Schedule I and pay advices.
5. That to date, the Amended Schedule I has not been filed and the pay advices have not yet been received.
6. The Trustee prays for an Order of this Court as follows:
   A. requiring the Debtor to file an Amended Schedule I and submit the most recent two months of pay advices for the Debtor.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays for an order of this Court granting this Motion to Compel; and for such other additional relief as this Court may deem fit and proper under the circumstances.

Respectfully submitted this 17th day of July, 2024;

By: /s/ Russell C. Simon

RUSSELL C. SIMON, CHAPTER 13 TRUSTEE
19 Bronze Pointe Ste A
Swansea, Illinois 62226
Telephone: (618) 277-0086
Telecopier: (618) 641-2115

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, July 17, 2024.

/s/ Sandie

David R Aromando
1307 East B St
Belleville, IL 62221

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269