**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

RUSSELL SIMON TRUSTEE

**CASE NO** 23-30530
**CHAPTER:** 13

vs

DAVID AROMANDO

**DATE**: August 22, 204
**PLACE**: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:  Pro Se                                              Appears

**COUNSEL FOR DEFENDANT:** Ronald Buch                                    Appears

**PROCEEDINGS:** Motion to Compel

**MINUTES OF COURT:**

Case is called for hearing on the trustee's Motion to Compel.  Pursuant to the statements made in open court, the Motion is Withdrawn.

Dean Lugge
Clerk of Bankruptcy Court

By: /s/Kim Billhartz
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**