# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

In re: David R Aromando
      Debtor(s)

Bankruptcy Proceeding No. 23−30530−lkg
Chapter No.: 13
Judge: Laura K. Grandy

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−2553

PLEASE TAKE NOTICE that a hearing will be held

    at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave, East St Louis, IL 62201
on 10/3/24 at 09:00 AM

to consider and act upon the following:

    Motion to Compel filed by Trustee Russell C Simon

Dated: August 27, 2024

DIRECT ALL COURT CORRESPONDENCE TO:  
U.S. BANKRUPTCY COURT  
750 MISSOURI AVENUE  
EAST ST. LOUIS, IL 62201

Dean M Lugge  
Clerk, U.S. Bankruptcy Court

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited.  Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings.  When applicable contact the Bankruptcy Clerk's office at (618) 482−9400.

United States Bankruptcy Court
Southern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-30530-lkg |
| David R Aromando | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-3 | User: ao1492bnc | Page 1 of 1 |
| Date Rcvd: Aug 27, 2024 | Form ID: 212 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | David R Aromando, 1307 East B St, Belleville, IL 62221-5321 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024                  Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James M Philbrick | on behalf of Creditor Ally Financial jamesphilbrick@att.net |
| Jerry D Graham, Jr | on behalf of Debtor David R Aromando court@jdgrahamlaw.com  jdgrahampc@gmail.com;r47365@notify.bestcase.com |
| Nisha Bhupendra Parikh | on behalf of Creditor LakeView Loan Servicing  LLC ILBankruptcy@dallegal.com |
| Russell C Simon | simontrustee@yahoo.com  pacer@simonch13trustee.com |
| Scott David Nabke | on behalf of Creditor LakeView Loan Servicing  LLC ilbankruptcy@dallegal.com, bkecfnotices@blommerpeterman.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 6