# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings |
| | Under Chapter 13 |
| David R Aromando | |
| | BK 23−30530−lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−2553

## ORDER

    This matter is before the Court *sua sponte*. The debtor(s) having failed to timely comply with an order, document #83, entered by the Court on 10/2/2024, IT IS ORDERED that the above−captioned case is DISMISSED. [1]

| | |
|---|---|
| ENTERED: November 4, 2024 | /s/ Laura K. Grandy |
| | UNITED STATES BANKRUPTCY JUDGE |

_____

[1] The order advised the debtor(s) that failure to comply within the allotted time could result in the dismissal of this case.